# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM RALPH LEWIS, III,**<br>**Plaintiff,**<br>v.<br>**NANCY A. BERRYHILL, Acting Commissioner of Social Security,**<br>**Defendant.** | NO. EDCV 17-0670-AG (KS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that the Commissioner's decision is REVERSED, the case is REMANDED for further proceedings consistent with the Report, and Judgment shall be entered accordingly.

DATED: July 31, 2018

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1