# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM RALPH LEWIS, III,** <br> **Plaintiff,** <br> v. <br> **NANCY A. BERRYHILL, Acting Commissioner of Social Security,** <br> **Defendant.** | NO. EDCV 17-0670-AG (KS) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the decision of the Commissioner of Social Security is REVERSED, and the above-captioned action is REMANDED for further proceedings consistent with U.S. Magistrate Judge Karen L. Stevenson's Report and Recommendation.

DATED: July 31, 2018

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE